

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

JUSTIN CALABRESE
(516) 357-3565
Justin.calabrese@rivkin.com

March 13, 2013

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Government Employees Insurance Co. et al. v. Li-Elle Services, Inc. et al.
      **Docket No. CV 12-CV-02157 (KAM)(VMS)**
      **Our File No.: 005100-00508**

Dear Judge Matsumoto:

We write pursuant to the Court's recent order seeking a status concerning Plaintiffs' intention to re-file their motion for a declaratory judgment to the effect that Plaintiffs are not obligated to pay Defendant, Li-Elle Service, Inc. on its outstanding claims. Plaintiffs intend to re-file their motion and, toward that end, respectfully request two weeks to file supplemental declarations and a supplemental Memorandum of Law to address the factual and legal issues that the Court has raised.

We appreciate the Court's attention to this matter.

    Respectfully submitted,

    RIVKIN RADLER LLP

    S/
    Justin A. Calabrese

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495