UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE          JUDGMENT
COMPANY, GEICO INDEMNITY COMPANY,          12-CV- 2157 (KAM)
GEICO GENERAL INSURANCE COMPANY, and
GEICO CASUALTY COMPANY,

                             Plaintiffs,

        -against-

LI-ELLE SERVICE, INC., JOHN DOES, 1-5,

                             Defendants.
-----------------------------------------------------------------X

         A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 21, 2014, granting Plaintiffs' motion for declaratory judgment that Plaintiffs are not liable to Li-Elle Service, Inc. for the claims sought by Li-Elle Service, Inc. in the state court actions and identified in the supplemental Fogarty Declaration; directing the Clerk of Court to enter judgment in favor of Plaintiffs' on their declaratory judgment, common law fraud, and unjust enrichment claims; it is

         ORDERED, ADJUDGED, AND DECREED that a declaratory judgment is hereby entered that Plaintiffs Government Employees Insurance Company, Geico Indemnity Company, Geico General Insurance Company, and Geico Casualty Company are not liable to Defendant Li-Elle Service, Inc. for the claims sought by Defendant Li-Elle Service, Inc. in the state court actions and identified in the Supplemental Fogarty Declaration; and that it is further

         ORDERED and ADJUDGED that a default judgment is hereby entered in favor of Plaintiffs Government Employees Insurance Company, Geico Indemnity Company, Geico

**JUDGMENT** 13-CV-2157 (KAM)

General Insurance Company, and Geico Casualty Company and against Defendant Li-Elle Service, Inc., in the amount of $389,929.11; and that this judgment shall bear interest from the date of entry until fully paid.

<table>
<tr><td>Dated: Brooklyn, New York<br>      May 16, 2014</td><td>Douglas C. Palmer<br>Clerk of Court</td></tr>
<tr><td></td><td>by:   <u>/s/ Janet Hamilton</u><br>      Deputy Clerk</td></tr>
</table>